# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

DM MOTOR, INC.,

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**v.**

CIVIL CASE  NO.    3:24-CV-192

BLACK BEAR PAC, INC., et al.

---

**VISITING ATTORNEY INFORMATION**

| | | |
|---|---|---|
| Charles Spies, Dickinson Wright | 989020 | D.C. |
| Name of Visiting Attorney and firm name | Bar ID Number | State |

1825 Eye Street, N.W., Suite 900, Washington, D.C.  20006
Visiting Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 202-659-6965 | CSpies@dickinson-wright.com |
| Visiting Attorney's office telephone number | Visiting Attorney's Email address |

D.C. Bar, 901 4th Street, N.W., Washington, D.C.  20001
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Morrisey 2024, Inc.
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

| | | |
|---|---|---|
| Katherine B. Capito, FisherBroyles LLP | 11633 | WV |
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |

1200 G Street, N.W., Suite 800, Washington, D.C.  20005
Sponsoring Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 804-986-5012 | Katherine.Capito@FisherBroyles.com |
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address |

## <u>VISITING ATTORNEY'S CERTIFICATION</u>

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

| | |
|---|---|
| June 20, 2024 | /s/ Charles Spies |
| Date | Signature of Visiting Attorney |

## <u>SPONSORING ATTORNEY'S CERTIFICATION</u>

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| | |
|---|---|
| June 20, 2024 | /s/ Katherine B. Capito |
| Date | Signature of Sponsoring Attorney |